# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.



## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion Requesting Help" filed on January 14, 2008, is DENIED because it is not clear what Plaintiff is asking the court to do. Plaintiff already has been granted an extension of time to cure the deficiencies in this action.

Dated: January 15, 2008

---

Copies of this Minute Order mailed on January 15, 2008, to the following:

Norberto Perez-Arocho
Reg. No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

                                  Secretary/Deputy Clerk