IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

HARLEY G. LAPPIN,
FEDERAL BUREAU OF PRISONS,
RON WILEY,
M. COLLINS,
A. FENLON,
R. MADISON,
S. NAFZINGER,
JHON DOE, Mail Room,
N. FIELDS, and
JANE DOE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" filed by Plaintiff on February 25, 2008, is DENIED as moot because the court already has granted Plaintiff leave to proceed *in forma pauperis* in this action. Plaintiff's "Motion Requesting Reconsideration" filed on February 25, 2008, is DENIED because Plaintiff fails to allege clearly what he is asking the court to reconsider. Plaintiff's "Motion to Show Cause" filed on February 25, 2008, in which he asks the court to waive the filing fee payment requirements of § 1915(b)(2), is DENIED.

Dated: February 26, 2008

Copies of this Minute Order mailed on February 26, 2008, to the following:

Norberto Perez-Arocho
Reg. No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

                              Secretary/Deputy Clerk