IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

HARLEY G. LAPPIN,
FEDERAL BUREAU OF PRISONS,
RON WILEY,
M. COLLINS,
A. FENLON,
R. MADISON,
S. NAFZINGER,
JHON DOE, Mail Room,
N. FIELDS, and
JANE DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
                CLERK

## ORDER

Plaintiff has filed *pro se* on March 10, 2008, a "Motion Requesting an Order Against These (Seven) Defendants." The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the motion liberally as a motion for a preliminary injunction. For the reasons stated below, the motion will be denied.

Plaintiff alleges that some of the Defendants in this action are impeding his ability to litigate this case and he seeks an order directing those Defendants to: respond promptly to his grievances; stop retaliating against him; promptly mail his certified legal

mail to the Court; open his legal mail from the Court only in his presence; stop reading his legal mail from the Court; stop impeding his access to the courts; provide him with adequate postage, envelopes, and paper; and supply him with a certified copy of his inmate trust fund account statement each month.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Plaintiff fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Based on Plaintiff's numerous filings in this action, it is clear to the Court that Plaintiff is not being denied the opportunity to prepare and file legal documents and that he is able to respond to court orders. Accordingly, it is

ORDERED that the "Motion Requesting an Order Against These (Seven) Defendants" filed on March 10, 2008, which the Court has construed as a motion for a preliminary injunction, is denied.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02603-BNB

Norberto Perez Arocho
Prisoner No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_2/28/8\_\_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk