IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

HARLEY G. LAPPIN,
FEDERAL BUREAU OF PRISONS,
RON WILEY,
M. COLLINS,
A. FENLON,
R. MADISON,
S. NAFZINGER,
JHON DOE, Mail Room,
N. FIELDS, and
JANE DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 3 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT

Plaintiff, Norberto Perez Arocho, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at Florence, Colorado. Mr. Arocho initiated this action by filing *pro se* a complaint. On January 24, 2008, he filed an amended complaint. On February 4, 2008, he filed on the proper Prisoner Complaint form a second amended complaint. On February 20, 2008, the court ordered Mr. Arocho to file a third amended complaint in which he alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. On March 10, 2008, Mr. Arocho filed his third amended complaint.

The court must construe the third amended complaint liberally because Mr. Arocho is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Arocho will be ordered to file a fourth amended complaint.

The court has reviewed the third amended complaint filed by Mr. Arocho and finds that it is deficient. Although Mr. Arocho includes specific allegations regarding each named Defendant's personal participation, the third amended complaint is confusing and difficult to understand because it includes five claim ones, five claim twos, and three claim threes. It does not appear that Mr. Arocho intends to assert thirteen separate claims in this action. However, whatever the total number of claims is, each claim must be numbered separately and Mr. Arocho must make clear which allegations support each numbered claim. If it is necessary for Mr. Arocho to add additional pages to the court's Prisoner Complaint form, he must identify each additional page in a manner that makes it clear to which portion of the Prisoner Complaint form the additional pages relate.

Therefore, Mr. Arocho will be directed to file a fourth amended complaint. As Mr. Arocho previously was instructed, it is his responsibility to present his claims in a manageable format that allows the court and the Defendants to know what claims are being asserted and to be able to respond to those claims. The court also reiterates that, in order for Mr. Arocho to state a claim in federal court, his fourth amended complaint "must explain what each defendant did to him or her; when the defendant did

it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007).

Finally, the court notes that the third amended complaint also is missing page two of the Court's Prisoner Complaint form. The missing page is the page on which Mr. Arocho must provide an address for each named party. The addresses are necessary to ensure that the named Defendants are served properly. Therefore, the fourth amended complaint Mr. Arocho files must include all of the pages of the court's Prisoner Complaint form and all of the pages must be completed. Accordingly, it is

ORDERED that Mr. Arocho file **within thirty (30) days from the date of this order** an original and sufficient copies of a fourth amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Arocho, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Arocho fails to file an original and sufficient copies of a fourth amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED April 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007).

Finally, the court notes that the third amended complaint also is missing page two of the Court's Prisoner Complaint form. The missing page is the page on which Mr. Arocho must provide an address for each named party. The addresses are necessary to ensure that the named Defendants are served properly. Therefore, the fourth amended complaint Mr. Arocho files must include all of the pages of the court's Prisoner Complaint form and all of the pages must be completed. Accordingly, it is

ORDERED that Mr. Arocho file **within thirty (30) days from the date of this order** an original and sufficient copies of a fourth amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Arocho, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Arocho fails to file an original and sufficient copies of a fourth amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED April 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02603-BNB

Norberto Perez Arocho
Prisoner No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk