IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director,
RON WILEY, the Warden of U.S.P. Penitentiary – ADX, and
HARLEY G. LAPPIN, Federal Bureau of Prison – Director,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion Requesting Order and Extention [sic] of Time" filed on April 24, 2008, and Plaintiff's "Motion of Notice – Requestin [sic] and Order" filed on April 25, 2008, are DENIED as moot because Plaintiff filed his fourth amended complaint on April 29, 2008.

Dated: April 30, 2008

Copies of this Minute Order mailed on April 30, 2008, to the following:

Norberto Perez Arocho
Reg. No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

                              Secretary/Deputy Clerk