IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director,
RON WILEY, Warden of U.S.P. Penitentiary - ADX, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendant.
_____

## MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
## AND GRANTING IN PART AND DENYING IN PART MOTION NO. 44
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion-Request [Docket No. 44; Filed May 12, 2008] ("Motion No. 44"). Plaintiff requests the status of a "Fourth Amended Complaint" he claims to have filed against three additional defendants and also asks the Court to label mail sent to him as "special mail - legal mail - open in the presence of inmate."

    IT IS HEREBY **ORDERED** that Motion No. 44 is **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks the status of a "Fourth Amended Complaint" he claims to have filed with the Court, the Motion is **granted** and the following status is provided. Plaintiff's current complaint is Docket No. 38, which asserts claims for relief only against the above-captioned Defendants. The Court has not received a "Fourth Amended Complaint" that also asserts claims for relief against Mr. Collins, Mr. Fenlon, and Mr. Madison. As such, these individuals are not parties to this suit, nor have they been served

with a summons or complaint.  **Any attempt by Plaintiff to add these individuals to his complaint at this time must be made through a motion seeking leave of the Court**. To the extent that Plaintiff seeks to have the Court label all documents sent by the Clerk's office as "special mail - legal mail - open in the presence of inmate," the Motion is **denied**. The Court does not label documents sent by the Clerk as "special mail."  Court documents are a matter of public record, as distinguished from correspondence from an attorney or legal assistant, which is "special mail" within the meaning of 28 C.F.R. § 540.19.

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **September 4, 2008 at the hour of 10:30 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed.  Plaintiff and his/her case manager shall contact the court at **(303) 335-2770** on the above date and time in order to participate.

Dated:	May 14, 2008