IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director,
RON WILEY, Warden of U.S.P. Penitentiary - ADX, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendant.
_____

# ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend** [Docket No. 71; Filed July 9, 2008] ("Motion to Amend"). In a prior Order, Plaintiff was directed to file a Motion for Leave to Amend if he wanted to add parties or claims to his case [Docket No. 64]. He was also required to file a proposed amended complaint titled **"FINAL AMENDED COMPLAINT"** that fully incorporates every claim and defendant Plaintiff would like to pursue in this case. While Plaintiff has filed a Motion for Leave to Amend within the Court-ordered deadline, he has failed to attach a separate proposed amended complaint which contains the necessary information. Specifically, as is the case with Plaintiff's current complaint [Docket No. 38], his tendered amended complaint must be a document separate from any other pleading, and it must contain (at a minimum), a case caption; a list of parties; a statement of jurisdiction; a summary of his alleged injuries; a list of claims, including the alleged individuals responsible for his injuries and the alleged constitutional

right implicated; a prayer for relief; and his signature.  Without having the proposed amended complaint, the Court cannot rule on the merits of Plaintiff's Motion to Amend. Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Amend is **DENIED without prejudice**. If Plaintiff wishes to amend his complaint, he must submit a Motion for Leave to Amend and a separate proposed Final Amended Complaint in compliance with my prior Order [Docket No. 64] on or before **August 18, 2008**.

IT IS FURTHER **ORDERED** that shall file his proposed Final Amended Complaint on the Court's Prisoner Complaint form.

IT IS FURTHER **ORDERED** that the Clerk of Court shall mail to Plaintiff, together with a copy of this Order, two copies of the following form:  Prisoner Complaint.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 4, 2008 at 10:30 a.m. is **vacated** and will be reset by the Court in the future.  Pursuant to the Court's prior Order [Docket No. 64], the Court will continue to hold Plaintiff's Motion Nos. 49, 54, 56, 57, 59, 60, & 62 in abeyance until the date of the Preliminary Scheduling/Status Conference.

Dated: July 11, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix

2