IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZIGER, Clinical Director,
RON WILEY, Warden of U.S.P. Penitentiary - ADX, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants Nafziger, Bauer [sic], and Wiley's Motion to Postpone Any Reply to Plaintiff's Response to Their Motion to Dismiss Consistent with the Court's Order of July 22, 2008 (Doc. 77)** [Docket No. 79; Filed August 5, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court held in abeyance Plaintiff's motion to file a late response to the pending Motion to Dismiss [Docket No. 75] ("Motion #75") and directed Plaintiff not to respond to the Motion to Dismiss until after the Scheduling Conference to be set in this case [Docket No. 77]. Despite this Order, Plaintiff filed a response to the Motion to Dismiss out of time [Docket No. 78]. The deadline for Defendants to file their reply to Plaintiff's response to the Motion to Dismiss is **stayed** pending the Court's ruling on Plaintiff's Motion #75. Plaintiff is reminded that if he intends to file a motion for leave to amend his complaint, he must do so by August 18, 2008.

    Dated:      August 8, 2008