IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 07-cv-02603-REB-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: October 6, 2008 | Courtroom Deputy, Kathleen Finney |

---

NORBERTO PEREZ AROCHO,            Pro Se (telephone)
#59959-066

      **Plaintiff(s),**

v.

S. NAFZINGER, Clinical Director,          Terry Fox
RON WILEY,
Warden of U.S.P. - ADX, and
HARLEY G. LAPPIN,
Director Federal Bureau of Prisons,

      **Defendant(s).**

---
**COURTROOM MINUTES / MINUTE ORDER**

---
**HEARING: PRELIMINARY RULE 16(b) SCHEDULING / STATUS CONFERENCE**
**Court in Session: 9:02 a.m.**
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel. Opening statements by the Court.

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed.

**It is ORDERED:**      Plaintiff's Motion for Order (titled "To Whom May Be Interested") [Docket No. 49, filed May 19, 2008] is **denied**. Plaintiff's Counselor and Case Manager are not parties to this action, therefore, the Court has no jurisdiction over them.

Court does not respond to letters. Any party who wishes to obtain relief from the Court must file a motion.

**It is ORDERED:** Plaintiff's Motion Requesting Investigation [Docket No. 54, filed May 21, 2008] is **denied**. The Court has no authority or resources to order investigations on behalf of prisoners.

Court informs Plaintiff the deadline to amend the complaint has passed. The operative Complaint is Docket No. 38, filed April 29, 2008.

**It is ORDERED:** Plaintiff's Renewed Motion for Appointment of Counsel [Docket No. 56, filed May 21, 2008] is **denied**. No extraordinary circumstances are evident preventing Plaintiff from presenting his claims.

**It is ORDERED:** Plaintiff's Motion of Notice [Docket No. 57, filed May 21, 2008] is **denied**. The Court has no jurisdiction over people who are not parties to this case.

**It is ORDERED:** Plaintiff's Motion Requesting Appointment of Counsel or Interpreter for Representation [Docket No. 59, filed June 12, 2008] is **denied**. The Court has no authority or resources to appoint an interpreter in a civil action.

**It is ORDERED:** Defendants shall have up to and including **October 31, 2008** within which to respond to Plaintiff's Motion Requesting Relief or an Order [Docket No. 60, filed June 16, 2008].

**It is ORDERED:** Plaintiff's Motion for Order (titled "Motion Opposing a Motion") [Docket No. 62, filed June 16, 2008] is **denied**. Defendants received permission by Order of Court to file Plaintiff's medical records under seal [Docket No. 70, filed July 8, 2008].

The Court has issued two Orders to Show Cause. The latter Order to Show Cause [Docket No. 87, filed September 26, 2008] directs Plaintiff to make monthly payments towards the filing fee. Plaintiff has up to and including **October 15, 2008** to respond.

**It is ORDERED:** DISCOVERY DEADLINE is set **MARCH 31, 2009.**

Discussion is held regarding methods of discovery. Plaintiff is reminded that discovery is **not** to be filed with the Court.

- Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. Permission must also be obtained from the prison facility.
- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
Each side shall be limited to twenty-five (25) Interrogatories, including subparts.
- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.
Each side shall be limited to twenty-five (25) Requests for Production of Documents.

- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.

Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**It is ORDERED:** DISPOSITIVE MOTIONS DEADLINE is set **APRIL 30, 2009**.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.


HEARING CONCLUDED. **Court in Recess**: **9:29 a.m.** Total In-Court Time: 00:27