IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director,
RON WILEY, Warden of U.S.P. Penitentiary - ADX, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for an Order Compelling Discovery** [Docket No. 107; Filed November 21, 2008]. Plaintiff seeks an order compelling Defendants to respond to discovery propounded by Plaintiff on October 23, 2008.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The deadline for Defendants to respond to discovery propounded on October 23, 2008 is November 24, 2008. *See* Fed. R. Civ. P. 33(b)(2) & 34(b)(2). Therefore, the Motion is not timely as Defendants' deadline to respond has not expired.

Dated:      November 21, 2008