IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director,
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Proposed Amend Pleading"** [Docket No. 186; Filed May 14, 2010] (the "Motion"). Although not entirely clear, it appears that Plaintiff seeks permission to amend the allegations asserted against Defendant Nafziger in his operative Complaint [Docket No. 38].

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. As a preliminary matter, pursuant to the Tenth Circuit's Order [Docket No. 174]. Plaintiff may, without leave of Court, amend his Complaint to assert additional allegations against Defendant Nafziger. To the extent that Plaintiff has attempted to do so here, his attempt is insufficient. First, the proposed amended complaint is not filed on the Court's Prisoner Complaint Form. Second, although Plaintiff's claims against Defendant Lappin were reinstated, neither his case caption nor his amended pleading substantively reference Defendant Lappin.

IT IS FURTHER **ORDERED** that on or before **June 16, 2010**, Plaintiff shall file a pleading titled "Amended Complaint" on the prisoner complaint form as set forth below:

(1) To the extent that Plaintiff intends to sue Defendant Lappin, he shall include Defendant Lappin as a party in the caption and restate the allegations against him contained in the operative Complaint [#38].

(2) To the extent that Plaintiff intends to sue Defendant Nafziger, he shall include Defendant Nafziger as a party in the caption and, with as much detail as possible as explained in the Tenth Circuit's Order, set forth the allegations against Defendant Nafziger.

(3) Plaintiff may not attempt to reassert any claims against Defendant Wiley, as the claims against Defendant Wiley have been dismissed with prejudice.

(4) **Plaintiff may not attempt to assert any new claims against any new parties without leave of Court**. As such, the "Amended Complaint" shall only be asserted against Defendants Lappin and Nafziger.

IT IS FURTHER **ORDERED** that the Clerk shall mail a copy of Plaintiff's Motion [#186], proposed amended pleading [#186-1], original Complaint [#38], the Tenth Circuit's Order [#174], and the Prisoner Complaint Form to Plaintiff in conjunction with this Minute Order.

To the extent that Plaintiff has questions about how to comply with the Court's Minute Order, he may raise those questions at the Status Conference on May 25, 2010 at 10:00 a.m. MST.

Dated: May 14, 2010