IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

      Plaintiff,

v.

S. NAFZINGER, Clinical Director, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

      Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court pursuant to Plaintiff's **Motion for an Order Compelling Discovery** [Docket No. 210, Filed October 3, 2010] ("the Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  The Motion fails to comply with Fed. R. Civ. P. 37(a)(1) requiring that a motion to compel "must include a certification that the movant has in good faith conferred . . . with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."  For example, there is no record that Plaintiff sent a letter to defense counsel attempting to remedy the alleged deficient discovery responses prior to seeking court assistance.  In addition, to the extent that Plaintiff contends that Defendants' discovery responses are incomplete, any future motion to compel must contain more detail about which responses are incomplete and attach any objections submitted by Defendants related thereto.  *See* D.C.COLO.LCivR 37.1.  Despite the fact that Plaintiff is proceeding *pro se*, he is obligated to comply with the rules of the Court.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

Dated:  November 4, 2010