IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on **Defendants' Motion to Exceed Page Limitation for Their Motion for Summary Judgment** [Docket No. 222; Filed February 28, 2011] ("the Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Defendants' Motion for Summary Judgment [Docket No. 224] as filed.

Dated:  March 1, 2011