**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

S. NAFZINGER, Clinical Director, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on plaintiff's **Motion Alleging Retalation** [#245] filed June 13, 2011.  The motion is **DENIED** as moot.  The court entered its **Final Judgment** [#242] on June 13, 2011, closing this case.

    Dated:  June 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.