IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02603-REB-KLM

NORBERTO PEREZ AROCHO,

     Plaintiff,

v.

S. NAFZINGER, Clinical Director, and
HARLEY LAPPIN, Federal Bureau of Prison - Director,

     Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court on Plaintiff's pleading titled **"Temporary Injunction Order"** [Docket No. 247; Filed June 16, 2011] and **Motion Requesting Temporary Restraining Order** [Docket No. 248; Filed June 20, 2011] ("the Motions").  This case was closed on June 13, 2011 after summary judgment was entered in favor of Defendants [Docket No. 242].  While pending, the matter related to medical care Plaintiff received while incarcerated at a prison facility in Colorado.  The Motions pertain to Plaintiff's alleged lack of medical care and mistreatment after he was transferred to a prison facility in Missouri.

     IT IS HEREBY **ORDERED** that the Motions are **DENIED**.  This case is closed.  Moreover, the Motions relate to events that were not at issue while the case was pending.  To the extent that Plaintiff seeks judicial intervention for his present circumstances, he must exhaust his administrative remedies and file a new lawsuit in the appropriate jurisdiction.

     IT IS FURTHER **ORDERED** that Plaintiff shall not file pleadings in this closed case absent direction from the Court, e.g., *Order* [#252].

Dated:  June 22, 2011